UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:18-cv-00220- |
| | ) | |
| JERRY LEE BLAIR, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, the United States of America, on behalf of the Railroad Retirement Board ("RRB"), by Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Rachana N. Fischer, Assistant United States Attorney alleges as follows:

### I.  INTRODUCTION

1.     This is a civil action seeking damages and penalties against Jerry Lee Blair for violations of the False Claims Act, 31 U.S.C. §§ 3729-3733.

### II.  JURISDICTION AND VENUE

2.     This Court has jurisdiction pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. § 1331.

3.     Venue is proper in the Southern District of Indiana pursuant to 28 U.S.C. § 1391(b) & (c) and 31 U.S.C § 3732(a) because an act proscribed by 31 U.S.C. § 3729 occurred in the Southern District of Indiana.

### III.  PARTIES

4.     Plaintiff is the United States of America.  The RRB is an agency of the United States that, amongst other things, provides certain Unemployment Insurance ("UI") benefits.

5.      Defendant, Jerry Lee Blair, was a recipient of RRB UI benefits.  During the times relevant to this Complaint, Mr. Blair resided at the following address, which is located in the Southern District of Indiana: 782 Rose Avenue, Jeffersonville, Indiana 47130.

## IV.  FACTS

6.      From the UI claim period beginning January 10, 2017, through the UI claim period beginning August 8, 2017, Mr. Blair submitted sixteen (16) UI benefit claims to the RRB (the "Claims").

7.      On the days for which Mr. Blair made the Claims, Mr. Blair was employed by Wellstone Regional Hospital and Express Services Inc.  Mr. Blair did not reveal his employment on any of the UI-3 certification forms he submitted in connection with the Claims.

8.      Based on the Claims, the RRB paid to Mr. Blair $9,049.32 to which he was not entitled.

## V.  VIOLATION

9.      The Claims made by Mr. Blair constitute violations of the False Claims Act, §§ 3729-3733.

WHEREFORE, the United States of America respectfully requests the entry of judgment against Jerry Lee Blair for treble damages, penalties, costs of court, and other relief, both special and general, at law and in equity, as the court deems reasonable and appropriate.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:     /s/ *Rachana N. Fischer*
        Rachana N. Fischer
        Assistant United States Attorney

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
United States of America ;
**County of Residence:** Marion County

**Defendant(s):**

First Listed Defendant:
Jerry Lee Blair ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Clark County

**Plaintiff's Attorney(s):**

Rachana N. Fischer ( United States of America)
U.S. Attorney's Office
10 W. Market Street, Ste. 2100
Indianapolis, Indiana 46204
**Phone:** 317-226-6333
**Fax:** 317-226-5027
**Email:** rachana.fischer@usdoj.gov

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)

   **Plaintiff:** N/A

   **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 375 False Claims Act (31 U.S.C. 3729)

**Cause of Action:** The United States brings this action under the False Claims Act, 31 U.S.C. sections 3729-3733 based on claims made by the defendant for the payment of Unemployment Insurance Benefits by the Railroad Retirement Board to which he was not entitled.

**Requested in Complaint**

   **Class Action:**  Not filed as a Class Action

   **Monetary Demand (in Thousands):**  9,049.32

   **Jury Demand:**  Yes

   **Related Cases:**  Is NOT a refiling of a previously dismissed action

**Signature:** Rachana N. Fischer

**Date:**  11/26/18

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.